# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

CHRISTOPHER W. STEWART,

      Alleged Debtor.

Case No. 07-11414-RGM
(Involuntary Chapter 7)

## ORDER

THIS CASE was before the court on Christopher W. Stewart's counterclaim against Metalmark Northwest, L.L.C.  For the reasons stated in the accompanying memorandum opinion, it is

ORDERED that judgment be and is hereby granted in favor of Christopher W. Stewart against Metalmark Northwest, L.L.C., in the amount of $114,000.00 together with interest at the federal judgment rate from the date of the entry of this order and costs.

Alexandria, Virginia
September 30, 2008

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Kermit A. Rosenberg
William D. Sullivan
Stephen W. Nichols

14599